1   Hugh R. Koss (*pro hac vice*)
    Paul E. Stinson (*pro hac vice*)
2   NIXON PEABODY LLP
    One Embarcadero Center
3   San Francisco, CA 94111
    Telephone: (415) 984-8200
4   Facsimile: (415) 984-8300

5   William R. Urga (Nevada State Bar No. 1195)
    Martin A. Little (Nevada State Bar No. 7067)
6   JOLLEY URGA WIRTH WOODBURY & STANDISH
    3800 Howard Hughes Parkway
7   Wells Fargo Tower, 16th Floor
    Las Vegas, NV 89169
8   Telephone: (702) 699-7500
    Facsimile: (702) 699-7555
9
    Attorneys for Defendant HOLOGIC, INC.
10

11                  UNITED STATES DISTRICT COURT
12                        DISTRICT OF NEVADA
13

14   JOHN FRANCKI; LANCE HEPWORTH; SHANE     Case No. 3:06-cv-00265-LRH-VPC
     NELSON; and SCOT LONG,
15                                           **STIPULATION TO EXTEND TIME AND
                        Plaintiffs,          ALLOW SUPPLEMENTAL BRIEFING
16                                           ON DEFENDANT UNITED STATES'
          v.                                 MOTION TO DISMISS (First Request)**
17
     UNITED STATES OF AMERICA; HOLOGIC,      [L.R. 6-1 to 6-3.]
18   INC.; RADIATION DETECTION COMPANY;
     and DOES 1-50, inclusive,
19
                        Defendants.
20

21

22          COME NOW Plaintiffs JOHN FRANCKI, LANCE HEPWORTH, SHANE NELSON and

23   SCOT LONG (collectively "Plaintiffs"), Defendant HOLOGIC, INC. ("Hologic"), Defendant

24   RADIATION DETECTION COMPANY ("RDC"), and Defendant United States of America

25   ("USA") and, pursuant to Local Rules 6-1 to 6-3, hereby stipulate to and jointly request an extension

26   of time for and allowance of supplemental briefing regarding USA's Motion To Dismiss, as follows:

27

28
     STIPULATION TO EXTEND TIME AND ALLOW                              10561054.1
     SUPPLEMENTAL BRIEFING ON MOTION TO DISMISS
     [CASE NO. 3:06-0265-LRH VPC]

1.    On **March 19, 2007**, Defendant USA filed its "factual" Rule12(b)(1) Motion To Dismiss [Docket No. 63], alleging that it is immune from suit under certain provisions of the Nevada Industrial Insurance Act and that, therefore, this Court lacks subject matter jurisdiction over Plaintiffs' causes of action against it.

2.    Plaintiffs and defendants Hologic and RDC opposed the motion, contending, *inter alia*, that the parties had not had an opportunity to take discovery on the factual, jurisdictional issues raised by the USA.

3.    On March 30, 2007, the USA filed its Motion To Stay Discovery pending resolution of its Motion To Dismiss.

4.    Plaintiffs and defendants Hologic and RDC also opposed the Motion To Stay.

5.    On April 26, 2007, the USA filed its Unopposed Motion To Extend Time To File Reply In Support Of Motion To Dismiss And To Exceed Reply Page Limit. [Docket No. 78.] The Court granted that motion on May 2, 2007. [Docket No. 82.] Accordingly, the USA's Reply in support of its Motion To Dismiss is currently due **May 11, 2007**.

6.    On May 2, 2007, the Court denied the USA's Motion To Stay. [Docket No. 81.] In this same Order the Court instructed that: "With respect to any discovery the parties contemplate they ought to conduct as it relates to the motion to dismiss, they shall file the appropriate motion for consideration by the District Court. The Court advises the parties to request expedited briefing in accordance with the Local Rules of Practice for the District of Nevada." [*Id.* at 2.] The Court further advised that the parties should file the appropriate motion no later than May 21, 2007. [*Id.*]

7.    Thereafter the parties met and conferred in good faith and, in the interest of complying with the Court's Order and in minimizing both the Court's and the parties' expenditures of time and resources, stipulated to extend the time for and to allow supplemental briefing on the jurisdictional issues raised by the USA's Motion To Dismiss, subject to this Court's authorization.

8.    Accordingly, in light of the jurisdictional discovery to be undertaken, the geographic and time limitations on the potential military and other government witnesses, and the schedules of counsel, the parties request the following:

- That the current deadline of May 11, 2007 for the USA's Reply re its Motion To Dismiss be vacated;

- That the parties endeavor to complete jurisdictional discovery by the beginning of August, 2007;

- That Plaintiffs, Hologic, and RDC be allowed to file supplements to their Oppositions to the Motion To Dismiss, such supplements not to exceed 20 pages in length, exclusive of declarations, exhibits and attachments;

- That such supplemental opposition papers shall be due **August 10, 2007**;

- That the USA thereafter be allowed to file its Reply to the parties' Oppositions by **August 31, 2007**, which Reply may exceed the page limit set forth in this Court's Local Rules, as stipulated by the parties in Docket No. 82.

**IT IS SO STIPULATED:**

Dated: May ___, 2007

NIXON PEABODY LLP

By: _____

Hugh R. Koss (*pro hac vice*)
Paul E. Stinson (*pro hac vice*)
One Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

- *and* -

William R. Urga (NV State Bar No. 1195)
Martin A. Little (NV State Bar No. 7067)
JOLLEY URGA WIRTH WOODBURY &
STANDISH
3800 Howard Hughes Parkway
Wells Fargo Tower, 16th Floor
Las Vegas, NV 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555

Attorneys for Defendant HOLOGIC, INC.

1   Dated: May 9 , 2007                    The Veen Firm, P.C.

2

3                                          By: _____

4                                               Miles B. Cooper (*pro hac vice*)
                                                Anthony L. Label (*pro hac vice*)
5                                               711 Van Ness Avenue, Suite 220
                                                San Francisco, CA 94102
6                                               Telephone: (415) 673-4800
                                                Facsimile: (415) 771-5845
7
                                                Attorneys for Plaintiffs
8

9   Dated: May ___, 2007                   Erickson, Thorpe & Swainston, Ltd.

10

11                                         By: _____

12                                              William G. Cobb (NV State Bar No. 1250)
                                                99 West Arroyo Street
13                                              Post Office Box 3559
                                                Reno, NV 89505
14                                              Telephone: (775) 786-3930
                                                Facsimile: (775) 786-4160
15

16                                              Attorneys for Defendant RADIATION
                                                DETECTION COMPANY
17

18  Dated: May ___, 2007                   STEVEN W. MYHRE

19                                          Acting United States Attorney, District of

                                            Nevada
20

21                                         By: _____

22                                              Blaine T. Welsh (NV State Bar No. 4790)
                                                Assistant United States Attorney
23                                              333 Las Vegas Blvd. So. # 5000
                                                Las Vegas, NV 89101
24                                              Telephone: (702) 388-6336
                                                Facsimile: (702) 388-6787
25
                                                Attorneys for Defendant UNITED STATES
26                                              OF AMERICA

27

28
    **STIPULATION TO EXTEND TIME AND ALLOW**              -4-                    10561054.1
    **SUPPLEMENTAL BRIEFING ON MOTION TO DISMISS**
    **[CASE NO. 3:06-0265-LRH VPC]**

Dated: May ___, 2007

The Veen Firm, P.C.

By: _____

Miles B. Cooper (*pro hac vice*)
Anthony L. Label (*pro hac vice*)
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845

Attorneys for Plaintiffs

Dated: May 9, 2007

Erickson, Thorpe & Swainston, Ltd.

By: _____
William G. Cobb (NV State Bar No. 1250)
99 West Arroyo Street
Post Office Box 3559
Reno, NV 89505
Telephone: (775) 786-3930
Facsimile: (775) 786-4160

Attorneys for Defendant RADIATION
DETECTION COMPANY

Dated: May ___, 2007

STEVEN W. MYHRE

Acting United States Attorney, District of
Nevada

By: _____
Blaine T. Welsh (NV State Bar No. 4790)
Assistant United States Attorney
333 Las Vegas Blvd. So. # 5000
Las Vegas, NV 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Defendant UNITED STATES
OF AMERICA

1   Dated: May ___, 2007                    The Veen Firm, P.C.

2

3                                           By: _____

4                                               Miles B. Cooper (*pro hac vice*)
                                                Anthony L. Label (*pro hac vice*)
5                                               711 Van Ness Avenue, Suite 220
                                                San Francisco, CA 94102
6                                               Telephone: (415) 673-4800
                                                Facsimile: (415) 771-5845
7

8                                               Attorneys for Plaintiffs

9   Dated: May ___, 2007                    Erickson, Thorpe & Swainston, Ltd.

10

11                                          By: _____

12                                              William G. Cobb (NV State Bar No. 1250)
                                                99 West Arroyo Street
13                                              Post Office Box 3559
                                                Reno, NV 89505
14                                              Telephone: (775) 786-3930
                                                Facsimile: (775) 786-4160

15

16                                              Attorneys for Defendant RADIATION
                                                DETECTION COMPANY

17

    Dated: May 9, 2007                       STEVEN W. MYHRE
18
                                             Acting United States Attorney, District of
19                                           Nevada

20

21                                          By: _____

22                                              Blaine T. Welsh (NV State Bar No. 4790)
                                                Assistant United States Attorney
23                                              333 Las Vegas Blvd. So. # 5000
                                                Las Vegas, NV 89101
24                                              Telephone: (702) 388-6336
                                                Facsimile: (702) 388-6787

25                                              Attorneys for Defendant UNITED STATES
                                                OF AMERICA

26

27

28

STIPULATION TO EXTEND TIME AND ALLOW                    -4-                    10561054.1
SUPPLEMENTAL BRIEFING ON MOTION TO DISMISS
[CASE NO. 3:06-0265-LRH VPC]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED**

_____

HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Dated: _____May 14_____, 2007