STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. So., Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN FRANCKI, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 3:06-cv-00265-LRH-VPC |
| | ) |
| UNITED STATES, et al. | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND CERTAIN DISCOVERY AND BRIEFING DEADLINES**
**(First and Fourth Requests)**

Pursuant to Local Rules 6-1, 6-2 and 7-1, the parties stipulate, subject to this Court's approval, that the following deadlines be extended:

1) The United States shall have through July 16, 2007 to respond to Defendant Hologic Inc.'s requests for production of documents;

2) The schedule for briefing the United States' Motion to Dismiss which was filed on March 19, 2007 shall be amended so that Plaintiffs', Hologic, Inc.'s and Radiation Detection

Company's supplemental responses to the United States' Motion to Dismiss will be due September 10, 2007 and the United States' reply will be due no later than September 28, 2007.  As ordered by the Court (Docket 87), the supplemental briefs shall not exceed twenty pages, exclusive of exhibits and other attachments, and the United States may file a reply brief larger than the 20 pages authorized under Local Rule 7-4; and

    3) Depositions related to Hologic, Inc.'s Fed. R. Civ. P. Rule 30(b)(6) deposition notice will be moved from mid-July to the first two weeks in August.

    The parties are working together cooperatively and diligently to adhere to the current discovery plan and the Court's scheduling orders. However, as anticipated by the parties and raised before the Court during prior hearings in this action, the potential volume of documents involved, the disparate location of witnesses, the schedule of counsel and other pressing matters confronting the parties necessitate an extension of both the current discovery schedule and the briefing schedule on the motion to dismiss.

    The parties have modified the briefing schedule three times. The first extension granted Plaintiffs, Hologic, Inc. and Radiation Detection Company two additional weeks to respond to the Motion to Dismiss.  See Docket Number 67.  The second extension granted the United States additional time to file its reply to the various oppositions.  See Docket Number 82.  The third extension granted the parties what they believed would be

1  sufficient time to conduct discovery on the jurisdictional
2  defense and complete supplemental briefing.  See Docket Number
3  87.   As outlined above discovery related to the Motion to
4  Dismiss has consumed more time than anticipated.
5       This is the first request to extend the responses to
6  requests for production and the Rule 30(b)(6) depositions.
7       Respectfully submitted,

8  Dated: June 15, 2007                  Dated June _____, 2007

9  The Veen Firm, P.C.                   STEVEN W. MYHRE
                                         Acting United States Attorney
10
11 By: _____         _____
       MILES B. COOPER                   BLAINE T. WELSH
12     ANTHONY L. LABEL                  Assistant U.S. Attorney

13 Attorneys for Plaintiffs              Attorneys for the United
                                         States of America
14
   Dated: June _____, 2007               Dated: June _____, 2007
15
   NIXON PEABODY LLP                     Erickson, Thorpe & Swainston,
16                                       Ltd.

17 By: _____         By: _____
       HUGH R. KOSS                          WILLIAM G. COBB
18     PAUL E. STINSON

19 Attorneys for Defendant               Attorneys for Radiation
   Hologic, Inc.                         Detection Company
20
21
22
23
24
25
26

1  sufficient time to conduct discovery on the jurisdictional
2  defense and complete supplemental briefing.  See Docket Number
3  87.  As outlined above discovery related to the Motion to
4  Dismiss has consumed more time than anticipated.
5      This is the first request to extend the responses to
6  requests for production and the Rule 30(b)(6) depositions.
7      Respectfully submitted,

8  Dated: June ____, 2007                Dated June ____, 2007
9  The Veen Firm, P.C.                   STEVEN W. MYHRE
                                         Acting United States Attorney
10
11 By:_____              _____
      MILES B. COOPER                    BLAINE T. WELSH
12    ANTHONY L. LAVEL                   Assistant U.S. Attorney

13 Attorneys for Plaintiffs              Attorneys for the United
                                         States of America
14
   Dated: June _15_, 2007                Dated: June ____, 2007
15
   NIXON PEABODY LLP                     Erickson, Thorpe & Swainston,
16                                       Ltd.

17 By: _____             By: _____
      HUGH R. KOSS                              WILLIAM G. COBB
18    PAUL E. STINSON

19 Attorneys for Defendant               Attorneys for Radiation
   Hologic, Inc.                         Detection Company
20
21
22
23
24
25
26

1  sufficient time to conduct discovery on the jurisdictional
2  defense and complete supplemental briefing.  See Docket Number
3  87.  As outlined above discovery related to the Motion to
4  Dismiss has consumed more time than anticipated.
5      This is the first request to extend the responses to
6  requests for production and the Rule 30(b)(6) depositions.
7      Respectfully submitted,

8  Dated: June ____, 2007                Dated June 15th, 2007
9  The Veen Firm, P.C.                   STEVEN W. MYHRE
                                         Acting United States Attorney

11 By:_____           /s/ Blaine T. Welsh
      MILES B. COOPER                    BLAINE T. WELSH
12    ANTHONY L. LAVEL                   Assistant U.S. Attorney

13 Attorneys for Plaintiffs              Attorneys for the United
                                         States of America
14
   Dated: June ____, 2007                Dated: June 15th, 2007
15
   NIXON PEABODY LLP                     Erickson, Thorpe & Swainston,
16                                       Ltd.

17 By: _____            By /s/ William G. Cobb
      HUGH R. KOSS                          WILLIAM G. COBB
18    PAUL E. STINSON

19 Attorneys for Defendant               Attorneys for Radiation
   Hologic, Inc.                         Detection Company
20
       IT IS SO ORDERED.
21
       DATED this 20th day of June, 2007.
22

                                         _____
                                         LARRY R. HICKS
                                         UNITED STATES DISTRICT JUDGE